# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ORTIZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC; and CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES.<br><br>Defendants. | Case No.: 5:23−cv−02194−WLH−KK<br><br>ORDER OF STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC. [36] |

　　　Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Quest Diagnostics Clinical Laboratories, Inc. ("Defendant"), and good cause appearing

　　　**IT IS ORDERED** that the Stipulation is **GRANTED.**

　　　The above-entitled matter is hereby dismissed with prejudice against Defendant Quest Diagnostics Clinical Laboratories, Inc.

　　　**IT IS ORDERED.**

Dated: 10/21/2024

　　　　　　　　　　　　　　　　　　　　　　　HONORABLE WESLEY L. HSU
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE